IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHERITA HAYES,
        Plaintiff,

v.                                                Civil Action No. 3:21cv230

SONABANK, now known as
PRIMIS BANK,
        Defendant.

## FINAL ORDER

This matter comes before the Court on the defendant's motion for summary judgment. (ECF No. 33.) The Court held a hearing on the motion on July 11, 2022. For the reasons stated from the bench and in the accompanying Opinion, the Court GRANTS the defendant's motion for summary judgment. Accordingly, the Court DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 11 August 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge